Kathryn J. Halford, CA State Bar No. 68141
E-Mail: kjhalford@wkpyc.com
Sally S. Frontman, CA Bar No. 227735
Email: sfrontman@wkpyc.com
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030, Ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs

BRET SAXON, ESQ.
Cal. Bar No. 205100
3435 Ocean Park Blvd., Suite 107
Santa Monica, CA 90405
Telephone: (310) 463-0456

Attorney for Defendant

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>IMG FILM 14, INC., a California corporation,<br><br>　　　　　Defendant. | CASE No. CV11 1155 RGK (AGRx)<br><br>Assigned to the Honorable R. Gary Klausner<br><br>[**PROPOSED**]<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)(ii)]**<br><br>Date Action Filed: February 7, 2011<br>Date Set for Trial : March 20, 2012 |

1

1  The parties having stipulated, and good cause appearing therefor,
2  IT IS HEREBY ORDERED as follows:
3  The Complaint herein is hereby dismissed without prejudice.
4
5
6  DATED: March 12, 2012                    /s/ Gary Klausner
7                                           HON. R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28