1  Kathryn J. Halford, CA State Bar No. 68141
   E-Mail: kjhalford@wkpyc.com
2  Sally S. Frontman, CA Bar No. 227735
   Email: sfrontman@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, CA 91436
   Telephone: (818) 501-8030, Ext. 331
6  Fax: (818) 501-5306

7  Attorneys for Plaintiffs

8  BRET SAXON, ESQ.
   Cal. Bar No.  205100
9  3435 Ocean Park Blvd., Suite 107
   Santa Monica, CA 90405
10 Telephone:  (310) 463-0456

11 Attorney for Defendant

12

13                  **UNITED STATES DISTRICT COURT**

14                 **CENTRAL DISTRICT OF CALIFORNIA**

15                        **(Western Division)**

16 THE BOARDS OF DIRECTORS OF       ) CASE No. CV11 1155 RGK (AGRx)
   THE MOTION PICTURE INDUSTRY      )
17 PENSION PLAN, THE MOTION         ) Assigned to the Honorable R. Gary
   PICTURE INDUSTRY INDIVIDUAL      ) Klausner
18 ACCOUNT PLAN, AND MOTION         )
   PICTURE INDUSTRY HEALTH          )
19 PLAN,                            ) **[~~PROPOSED~~]**
                                    )
20                     Plaintiffs,  ) **ORDER DISMISSING
                                    ) COMPLAINT WITHOUT
21 v.                               ) PREJUDICE**
                                    )
22                                  )
   IMG FILM 14, INC., a California  ) **[Fed.R.Civ.P. 41(a)(1)(ii)]**
23 corporation,                     )
                                    )
24                     Defendant.   )
                                    ) Date Action Filed: February 7, 2011
25 _____  ) Date Set for Trial : March 20, 2012

26

27

28

                                    1

1    The parties having stipulated, and good cause appearing therefor,

2    IT IS HEREBY ORDERED as follows:

3    The Complaint herein is hereby dismissed without prejudice.

4

5

6
     DATED: March 12, 2012

7    _____
     HON. R. GARY KLAUSNER
     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2